| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Philip D. Dapeer (SBN 53378)<br>Philip D. Dapeer, a law corporation<br>2625 Townsgate Road, Suite 330<br>Westlake Village, CA 91361<br>Tel: (323) 954-9144<br>Fax: (323) 954-0457<br>PhilipDapeer@aol.com<br><br>*Attorney for Plaintiff* | |

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA - SAN FERNANDO VALLEY DIVISION

| In re:<br><br>Michelle C. Fuller,<br><br><br><br><br>Debtor(s). | CASE NO.: 1:09-bk-24188 VK<br><br>CHAPTER: 7<br><br><br>ADVERSARY NUMBER: |
|---|---|
| Michelle C. Fuller,<br><br><br><br>Plaintiff(s)<br>Versus<br><br>Greendot, Ltd., Four Star Development, Flower Funding, T. L. Beach LTD and North Star Holdings,<br><br><br><br>Defendant(s) | **SUMMONS AND NOTICE OF STATUS CONFERENCE IN ADVERSARY PROCEEDING [LBR 7004-1]** |

TO THE DEFENDANT: A Complaint has been filed by the Plaintiff against you. If you wish to defend against the Complaint, you must file with the court a written pleading in response to the Complaint. You must also serve a copy of your written response on the party shown in the upper left-hand corner of this page. The deadline to file and serve a written response is _____. If you do not timely file and serve the response, the court may enter a judgment by default against you for the relief demanded in the Complaint.

A status conference in the adversary proceeding commenced by the Complaint has been set for:

| **Hearing Date:** _____ | **Place:** |
|---|---|
| **Time:** _____ | ☐ 255 East Temple Street, Los Angeles, CA 90012 |
| **Courtroom:** _____ | ☐ 3420 Twelfth Street, Riverside, CA 92501 |
| | ☐ 411 West Fourth Street, Santa Ana, CA 92701 |
| | ☐ 1415 State Street, Santa Barbara, CA 93101 |
| | ☐ 21041 Burbank Boulevard, Woodland Hills, CA 91367 |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

June 2012                                                        Page 1                                          F 7004-1.SUMMONS.ADV.PROC

**You must comply with LBR 7016-1, which requires you to file a joint status report and to appear at a status conference.** All parties must read and comply with the rule, even if you are representing yourself. You must cooperate with the other parties in the case and file a joint status report with the court and serve it on the appropriate parties at least 14 days before a status conference. A court-approved joint status report form is available on the court's website (LBR form F 7016-1.STATUS.REPORT) with an attachment for additional parties if necessary (LBR form F 7016-1.STATUS.REPORT.ATTACH). If the other parties do not cooperate in filing a joint status report, you still must file with the court a unilateral status report and the accompanying required declaration instead of a joint status report 7 days before the status conference. **The court may fine you or impose other sanctions if you do not file a status report. The court may also fine you or impose other sanctions if you fail to appear at a status conference.**

KATHLEEN J. CAMPBELL
CLERK OF COURT

Date of Issuance of Summons and Notice of Status Conference in Adversary Proceeding: _____

By: _____
Deputy Clerk

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

June 2012                                    Page 2                                    F 7004-1.SUMMONS.ADV.PROC

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
2625 Townsgate Road, Suite 330, Westlake Village, CA 91361.

A true and correct copy of the foregoing document entitled: **SUMMONS AND NOTICE OF STATUS CONFERENCE IN ADVERSARY PROCEEDING [LBR 7004-1]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

VFAMBOR
13547 Ventura Boulevard
Sherman Oaks, CA 91423

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | Philip D. Dapeer | |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

June 2012    Page 3    F 7004-1.SUMMONS.ADV.PROC

FORM B104 (08/07)                                                                                     2007 USBC, Central District of California

| ADVERSARY PROCEEDING COVER SHEET (Instructions on Page 2) | ADVERSARY PROCEEDING NUMBER (Court Use Only) |
|---|---|
| **PLAINTIFFS** <br> Michelle C. Fuller | **DEFENDANTS** <br> Greendot, Ltd., Four Star Development, Flower Funding, T. L. Beach LTD and North Star Holdings |
| **ATTORNEYS** (Firm Name, Address, and Telephone No.) <br> Philip D. Dapeer, a law corporation <br> 2625 Townsgate Road, Suite 330, Westlake Village, CA 91361 | **ATTORNEYS** (If Known) |
| **PARTY** (Check One Box Only) <br> ☒ Debtor     ☐ U.S. Trustee/Bankruptcy Admin <br> ☐ Creditor     ☐ Other <br> ☐ Trustee | **PARTY** (Check One Box Only) <br> ☐ Debtor     ☐ U.S. Trustee/Bankruptcy Admin <br> ☒ Creditor     ☐ Other <br> ☐ Trustee |

**CAUSE OF ACTION** (WRITE A BRIEF STATEMENT OF CAUSE OF ACTION, INCLUDING ALL U.S. STATUTES INVOLVED)

COMPLAINT TO DETERMINE VALIDITY OF LIEN AND AVOIDANCE OF FRAUDULENT LIEN, 28 U.S.C. § 157(2)(K), FRBP Rule 7001

**NATURE OF SUIT**
(Number up to five (5) boxes starting with lead cause of action as 1, first alternative cause as 2, second alternative cause as 3, etc.)

**FRBP 7001(1) – Recovery of Money/Property**
☒ 11-Recovery of money/property - §542 turnover of property
☐ 12-Recovery of money/property - §547 preference
☐ 13-Recovery of money/property - §548 fraudulent transfer
☐ 14-Recovery of money/property - other

**FRBP 7001(2) – Validity, Priority or Extent of Lien**
☒ 21-Validity, priority or extent of lien or other interest in property

**FRBP 7001(3) – Approval of Sale of Property**
☐ 31-Approval of sale of property of estate and of a co-owner - §363(h)

**FRBP 7001(4) – Objection/Revocation of Discharge**
☐ 41-Objection / revocation of discharge - §727(c),(d),(e)

**FRBP 7001(5) – Revocation of Confirmation**
☐ 51-Revocation of confirmation

**FRBP 7001(6) – Dischargeability**
☐ 66-Dischargeability - §523(a)(1),(14),(14A) priority tax claims
☐ 62-Dischargeability - §523(a)(2), false pretenses, false representation, actual fraud
☐ 67-Dischargeability - §523(a)(4), fraud as fiduciary, embezzlement, larceny

(continued next column)

**FRBP 7001(6) – Dischargeability (continued)**
☐ 61-Dischargeability - §523(a)(5), domestic support
☐ 68-Dischargeability - §523(a)(6), willful and malicious injury
☐ 63-Dischargeability - §523(a)(8), student loan
☐ 64-Dischargeability - §523(a)(15), divorce or separation obligation (other than domestic support)
☐ 65-Dischargeability - other

**FRBP 7001(7) – Injunctive Relief**
☐ 71-Injunctive relief – imposition of stay
☐ 72-Injunctive relief – other

**FRBP 7001(8) Subordination of Claim or Interest**
☐ 81-Subordination of claim or interest

**FRBP 7001(9) Declaratory Judgment**
☒ 91-Declaratory judgment

**FRBP 7001(10) Determination of Removed Action**
☐ 01-Determination of removed claim or cause

**Other**
☐ SS-SIPA Case – 15 U.S.C. §§78aaa et.seq.
☐ 02-Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy case)

| ☒ Check if this case involves a substantive issue of state law | ☐ Check if this is asserted to be a class action under FRCP 23 |
|---|---|
| ☐ Check if a jury trial is demanded in complaint | Demand $ 350,000.00 |

**Other Relief Sought**
Declaration of Rights; Injunctive Relief

FORM B104 (08/07), page 2                                                                 2007 USBC, Central District of California

| BANKRUPTCY CASE IN WHICH THIS ADVERSARY PROCEEDING ARISES ||||
|---|---|---|---|
| **NAME OF DEBTOR** <br> Michelle C. Fuller ||| **BANKRUPTCY CASE NO.** <br> 1:09-bk-24188 |
| **DISTRICT IN WHICH CASE IS PENDING** <br> Central || **DIVISIONAL OFFICE** <br> Woodland Hills | **NAME OF JUDGE** <br> Victoria Kaufman |
| RELATED ADVERSARY PROCEEDING (IF ANY) ||||
| **PLAINTIFF** | **DEFENDANT** || **ADVERSARY PROCEEDING NO.** |
| **DISTRICT IN WHICH ADVERSARY IS PENDING** || **DIVISIONAL OFFICE** | **NAME OF JUDGE** |
| **SIGNATURE OF ATTORNEY (OR PLAINTIFF)** <br> *[signature]* ||||
| **DATE** <br> May 26, 2015 || **PRINT NAME OF ATTORNEY (OR PLAINTIFF)** <br> Philip D. Dapeer ||

## INSTRUCTIONS

The filing of a bankruptcy case creates an "estate" under the jurisdiction of the bankruptcy court which consists of all of the property of the debtor, wherever that property is located. Because the bankruptcy estate is so extensive and the jurisdiction of the court so broad, there may be lawsuits over the property or property rights of the estate. There also may be lawsuits concerning the debtor's discharge. If such a lawsuit is filed in a bankruptcy court, it is called an adversary proceeding.

A party filing an adversary proceeding must also complete and file Form 104, the Adversary Proceeding Cover Sheet, unless the party files the adversary proceeding electronically through the court's Case Management/Electronic Case Filing system (CM/ECF). (CM/ECF captures the information on Form 104 as part of the filing process.) When completed, the cover sheet summarizes basic information on the adversary proceeding. The clerk of court needs the information to process the adversary proceeding and prepare required statistical reports on court activity.

The cover sheet and the information contained on it do not replace or supplement the filing and service of pleadings or other papers as required by law, the Bankruptcy Rules, or the local rules of court. The cover sheet, which is largely self-explanatory, must be completed by the plaintiff's attorney (or by the plaintiff if the plaintiff is not represented by an attorney). A separate cover sheet must be submitted to the clerk for each complaint filed.

**Plaintiffs** and **Defendents.** Give the names of the plaintiffs and defendants exactly as they appear on the complaint.

**Attorneys.** Give the names and addresses of the attorneys, if known.

**Party.** Check the most appropriate box in the first column for the plaintiffs and the second column for the defendants.

**Demand.** Enter the dollar amount being demanded in the complaint.

**Signature.** This cover sheet must be signed by the attorney of record in the box on the second page of the form. If the plaintiff is represented by a law firm, a member of the firm must sign. If the plaintiff is pro se, that is, not presented by an attorney, the plaintiff must sign.

PHILIP D. DAPEER (State Bar No. 53378)
PHILIP D. DAPEER
A Law Corporation
2625 Townsgate Road, Suite 330
Westlake Village, California 91361-5749
Telephone: (323) 954-9144
Facsimile:  (323) 954-0457

Attorney for Plaintiff

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Case No.: 1:09-bk-24188-VK |
| MICHELLE C. FULLER, | Adv. No. |
| Debtor. | [Chapter 7] |
| MICHELLE C. FULLER, | **COMPLAINT TO DETERMINE VALIDITY OF LIEN AND AVOIDANCE OF FRAUDULENT LIEN** |
| Plaintiff, | |
| v. | |
| GREENDOT, LTD., FOUR STAR DEVELOPMENT, FLOWER FUNDING, T. L. Beach, LTD and NORTH STAR HOLDINGS, | |
| Defendants. | |

Plaintiff alleges:

## FIRST CLAIM FOR RELIEF

(Against All Defendants to Determine Validity of Lien and Avoidance of Fraudulent Lien)

1. Plaintiff is the debtor in this Chapter 7 case.

2. Each of the defendants is an entity in unknown form, engaged in business in the Central District of California by virtue of the recording in the records of the County Recorder of Los Angeles County a short form deed of trust and assignment of rents as Document No. 20101678333,

1    recorded November 19, 2010, a true copy of which is attached hereto, marked Exhibit "A" and
2    incorporated herein by this reference.
3        2.    This Court has jurisdiction over this adversary case pursuant to 28 U.S.C. §§ 1334
4    and 157. This adversary case is Core proceeding within the meaning of 28 U.S.C. § 157(2)(K).
5        3.    Venue of this adversary case is proper pursuant to 28 U.S.C. § 1409.
6        4.    This adversary proceeding is governed by FRBP Rule 7001 *et seq.* in that it is a
7    proceeding to obtain a declaratory judgment relating to the short form deed of trust and assignment
8    of rents attached as Exhibit "A" hereto. Plaintiff seeks a judgment relating to a proceeding to
9    determine the validity, priority or extent of the lien, Exhibit "A" hereto, or other interest in property
10    or a proceeding to obtain an injunction, or other equitable relief within the meaning of FRBP Rule
11    7001(2) and (7).
12        5.    Plaintiff is the owner of that certain property in Los Angeles County, California
13    commonly known as 15202 Hartsook Street, Sherman Oaks, California 91403. The property is a
14    single family residence. Plaintiff claimed the property as a homestead as alleged in the motions
15    previously filed by debtor in this case seeking to avoid judicial liens, which motions were granted by
16    this Court as identified in the docket for this case. Debtor originally brought this action as a motion
17    to avoid the lien, Exhibit "A" hereto, but the motion was denied by the Court without prejudice on
18    the ground that the lien identified herein was not a judicial lien. Consequently, plaintiff now
19    proceeds by way of this adversary case for appropriate equitable relief.
20        6.    The lien, Exhibit "A" hereto, clouds plaintiff's fee simple title to the subject property,
21    and prevents plaintiff from enjoying the benefits of plaintiff's ownership of the fee simple interest in
22    the subject property.
23        7.    The deed of trust, Exhibit "A" hereto, is a forgery and is void ab initio.
24        8.    Plaintiff never signed the deed of trust. Plaintiff never appeared before a notary to
25    have her signature notarized on the deed of trust. Plaintiff never borrowed any money from
26    defendants nor did plaintiff ever incur any indebtedness to defendants. Plaintiff never had any
27    dealings with defendants, and did not discover the forged and fraudulent deed of trust until she
28    proceeded to reopen this Chapter 7 case for the purpose of filing motions to avoid judicial liens on

the subject property. Plaintiff is informed and believes that defendants, at all times mentioned herein, knew that the Deed of Trust, Exhibit "A" hereto, was fraudulent, that they had had no dealings whatsoever with Plaintiff, that Plaintiff was never indebted to Defendants for any reason, and that they recorded the fraudulent deed of trust, and aided and abetted notary fraud for the purpose of defrauding Plaintiff and causing her monetary loss damage and injury. As a further proximate consequence of Defendants' wrongful conduct, Plaintiff lost the opportunity to sell the subject property because of the adverse cloud on title created by the fraudulent deed of trust which prevented Plaintiff from closing sale escrows on the property, causing Plaintiff loss, damage and injury in a sum subject to proof at trial.

9.  As a direct and proximate result of defendants' wrongful conduct as herein alleged, plaintiff has suffered consequential and incidental damages in a sum subject to proof at trial.

10. Defendants' fraudulent conduct warrants the imposition of punitive damages as against each of the defendants in a sum subject to proof at trial.

11. It has been necessary for plaintiff to retain counsel in order to prosecute this action. Plaintiff has incurred and will continue to incur attorney's fees and costs associated with that representation. If plaintiff is the prevailing party in this action, plaintiff seek recovery of her reasonably attorney's fees and costs pursuant to California Civil Code § 1717, in that the underlying deed of trust that is the subject of this action contains an attorney's fee clause within the meaning of that statute.

**WHEREFORE**, plaintiff prays judgment as follows:

1.  For appropriate equitable relief;
2.  For appropriate declaratory relief determining that the subject deed of trust is void ab initio and should be stricken from the records of the County Recorder of Los Angeles County;
3.  For appropriate orders determining that defendants have no right title, claim or interest in the subject property by virtue of the fraudulent deed of trust, Exhibit "A" hereto;
4.  For consequential and incidental damages subject to proof;
5.  For punitive damages subject to proof;
6.  For plaintiff's attorney's fees and costs incurred herein;

3
COMPLAINT

7. For costs of suit incurred herein; and

8. For such other and further relief as this Court deems just and proper.

DATED: May 26, 2015

PHILIP D. DAPEER
A Law Corporation,

_____
PHILIP D. DAPEER
Attorney for Plaintiff

4
COMPLAINT

fraudulent lien
#9 10

#10 on premlinary report



This page is part of your document - DO NOT DISCARD

**20101678333**



Pages: 0002

Recorded/Filed in Official Records
Recorder's Office, Los Angeles County,
California

11/19/10 AT 12:00PM

| | |
|---|---|
| FEES: | 40.00 |
| TAXES: | 0.00 |
| OTHER: | 0.00 |
| PAID: | 40.00 |






LEADSHEET



201011190720023

00003313795



003003377

SEQ:
01

DAR - Counter (Hard Copy)



THIS FORM IS NOT TO BE DUPLICATED






11/19/2010

*20101678333*

RECORDING REQUESTED BY
VRAMBOR
AND WHEN RECORDED MAIL TO

VRAMBOR
13547 Ventura Blvd
Sherman Oaks CA 91423

APN NO. 2263-008-013

**SHORT FORM DEED OF TRUST AND ASSIGNMENT OF RENTS (INDIVIDUAL)**
**(DUE ON SALE CLAUSE)**

This deed of Trust, made this 1st day of December 2007, between MICHELLE C. FULLER - MANCUSO

herein called Trustor, whose address is: 15202 HARTSOOK ST., SHERMAN OAKS, CA 91403

T.L. Beach LTD, herein called Trustee, and Greendot Limited, Four Star Development, Flower Funding and North Star Holdings herein Beneficiary,

Witnesseth: That Trustor IRREVOCABLY GRANTS, TRANSFERS AND ASSIGNS TO TRUSTEE IN TRUST, WITH POWER OF SALE, that property

in LOS ANGELES County, California, described as 15202 HARTSOOK ST., SHERMAN OAKS, CA 91403

Legal Description: LOT 18 OF BLOCK 6 IN TRACT NO. 7307 IN THE CITY OF LOS ANGELES, AS PER MAP RECORDED IN BOOK 85, PAGES 1 TO 5 INCLUSIVE OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF LOS ANGELES COUNTY, CALIFORNIA.

TOGETHER WITH the rents, issues and profits thereof, SUBJECT, HOWEVER, to the right, power and authority given to and conferred upon Beneficiary by paragraph (10) of the provisions incorporated herein by reference to collect and apply such rents, issues and profits.

For the Purpose of Securing: 1. Performance of each agreement of Trustor incorporated by reference or contained herein. 2. Payment of the indebtedness evidenced by one promissory note of even date herewith, and any extension or renewal thereof, in the principal sum of $15,500.00 executed by Trustor in favor of Beneficiary or order. 3. Payment of such further sums as the then record owner of said property may borrow from Beneficiary, when evidenced by another note (or notes) reciting it is so secured.

To Protect the Security of This Deed of Trust, Trustor Agrees: By the execution and delivery of this Deed of Trust and the note secured hereby, that provisions (1) to (14), inclusive, of the fictitious deed of trust recorded October 23, 1961, in the book and at the page of Official Records in the office of the county recorder of the county where said property is located, noted below opposite the name of such county, viz.:

| COUNTY | DATE | BOOK | PAGE | COUNTY | DATE | BOOK | PAGE | COUNTY | DATE | BOOK | PAGE | COUNTY | DATE | BOOK | PAGE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ALAMEDA | | 435 | 694 | ORANGE | 9/5/68 | 8714 | 167 | SAN BERNARDINO | 8/6/68 | 7095 | 14 | SONOMA | | 1851 | 689 |
| KERN | 9/5/68 | 4195 | 363 | VENTURA | 9/16/68 | 3363 | 84 | SANTA CRUZ | | 1431 | 494 | LOS ANGELES | 8/25/68 | T5910 | 842 |
| RIVERSIDE | 9/10/68 | ACCOUNT | 87007 YEAR 1968 | | | | | FRESNO | | 4626 | 572 | KINGS | 5/8/88 | 858 | 714 |

(which provisions, identical in all counties, are printed on the reverse hereof) hereby are adopted and incorporated herein and made a part hereof as fully as though set forth herein at length; that he will observe and perform said provisions; and that the references to property, obligations, and parties in said provisions shall be construed to refer to the property, obligations, and parties set forth in this Deed of Trust.

The undersigned Trustor requests that a copy of any Notice of Default and of any Notice of Sale hereunder be mailed to him at his address hereinbefore set forth.

*Michelle C. Fuller-Mancuso* (signature)
MICHELLE C. FULLER - MANCUSO

STATE OF CALIFORNIA
COUNTY LOS ANGELES

On December 1st, 2007 before me Tyona Rensen, notary public, personally appeared MICHELLE C. FULLER - MANCUSO personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument and acknowledged to me that they executed the same in their authorized capacities, and by thier signatures on the instrument the persons, or the entity upon behalf of which the person acted, executed the instrument.

WITNESS my hand and official seal.

Signature _Tyona Rensen_



TYONA RENSEN
Commission # 1749359
Notary Public - California
Los Angeles County
My Comm. Expires Jul 2, 2011

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 2625 Townsgate Road, Suite 330, Westlake Village, CA 91361-5749.

A true and correct copy of the foregoing document entitled: **COMPLAINT TO DETERMINE VALIDITY OF LIEN AND AVOIDANCE OF FRAUDULENT LIEN** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On May __, 2015, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

    John B Acierno    jacierno@mrllp.com, jjacobs@mrllp.com
    Philip D Dapeer    PhilipDapeer@AOL.com
    David S Hagen    go4broq@earthlink.net
    John H Kim    jkim@cookseylaw.com
    Joe M Lozano    notice@NBSDefaultServices.com
    David F Makkabi    cmartin@pprlaw.net
    Christopher M McDermott    ecfcacb@piteduncan.com
    Stefanie A Schiff    stefanie.schiff@akerman.com, helen.serrano@akerman.com
    United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov
    Diane Weil (TR)    dcw@dcweillaw.com, dweil@ecf.epiqsystems.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On May __, 2015, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date: May __, 2015    Philip D. Dapeer    /s/ Philip D. Dapeer
                                                                                         Signature

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    F 9013-3.1 PROOF.SERVICE

John B Acierno    jacierno@mrllp.com, jjacobs@mrllp.com
Philip D Dapeer    PhilipDapeer@AOL.com
David S Hagen    go4broq@earthlink.net
John H Kim    jkim@cookseylaw.com
Joe M Lozano    notice@NBSDefaultServices.com
David F Makkabi    cmartin@pprlaw.net
Christopher M McDermott    ecfcacb@piteduncan.com
Stefanie A Schiff    stefanie.schiff@akerman.com, helen.serrano@akerman.com
United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov
Diane Weil (TR)    dcw@dcweillaw.com, dweil@ecf.epiqsystems.com